UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JUDY DIGGS, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:16-CV-937-BO |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that substantial evidence supports the decision of the administrative law judge in this case. There is substantial evidence that plaintiff can perform her past relevant work as a dining room attendant and plaintiff's credibility was adequately determined by the administrative law judge. The record does not support a finding that plaintiff's conditions, neither her anxiety nor the obesity nor the arthritic problems, are disabling. Defendant's motion for judgment on the pleadings is GRANTED, plaintiff's motion for judgment on the pleadings is DENIED, and the decision of the Commissioner is AFFIRMED.

This judgment filed and entered on January 31, 2018, with *electronic service* upon:
Vaughn Stephen Clauson, (via CM/ECF Notice of Electronic Filing)
Gabriel Deadwyler, (via CM/ECF Notice of Electronic Filing)

                                                              **PETER A. MOORE, JR.,**
                                                **CLERK, U.S. DISTRICT COURT**

January 31, 2018                                          /s/ *Linda Downing*
                                                            (By): Linda Downing, Deputy Clerk